IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
2:13-CV-38-GCM

| | |
|---|---|
| RITA WARD FOX, ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| CAROLYN W. COLVIN, ) | |
| COMMISSIONER OF SOCIAL SECURITY ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Howard David Olinsky,** filed October 14, 2013 [doc.# 2].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Olinsky is admitted to appear before this court *pro hac vice* on behalf of plaintiff, Rita Ward Fox.

**IT IS SO ORDERED.**

Signed: October 23, 2013

Graham C. Mullen
United States District Judge