# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# CIVIL ACTION NO. 2:13-CV-00038-GCM

| | |
|---|---|
| RITA WARD FOX, | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| CAROLYN W. COLVIN, | ) |
| **Defendant.** | ) |

**THIS MATTER** is before the Court on the Fourth's Circuit's Order (Doc. No. 21) and Mandate (Doc. No. 22). Consistent with the Court's instructions, the parties' consent motion to remand is **GRANTED**, the decision of the Acting Commissioner of Social Security is **VACATED**, and this matter is **REMANDED** to the Social Security Administration for further proceedings consistent with the Fourth Circuit's opinion. The Clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Signed: June 1, 2016

Graham C. Mullen
United States District Judge